# Order

Michigan Supreme Court
Lansing, Michigan

December 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151145-9

MIDAMERICAN ENERGY COMPANY and
AT&T MOBILITY, LLC,
        Plaintiffs-Appellants,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellee.

SC: 151145
COA: 316902
Court of Claims: 12-000005-MT

_____/

DETROIT EDISON COMPANY and AT&T
MOBILITY, LLC,
        Plaintiffs-Appellants,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellee.

SC: 151146
COA: 317033
Court of Claims: 12-000006-MT

_____/

DETROIT EDISON COMPANY and MICHIGAN
BELL TELEPHONE COMPANY,
        Plaintiffs-Appellants,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellee.

SC: 151147
COA: 317034
Court of Claims: 12-000007-MT

_____/

CONSUMERS ENERGY COMPANY and AT&T
MOBILITY, LLC,
   Plaintiffs-Appellants,

v             SC: 151148
              COA: 317035
              Court of Claims: 12-000008-MT

DEPARTMENT OF TREASURY,
   Defendant-Appellee.

_____/

CONSUMERS ENERGY COMPANY and
MICHIGAN BELL TELEPHONE COMPANY,
   Plaintiffs-Appellants,

v             SC: 151149
              COA: 317037
              Court of Claims: 12-000009-MT

DEPARTMENT OF TREASURY,
   Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the December 4, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2015



Clerk

s1202